**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 15-10005-TPA |
| **Angela Michele Davis,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| **Angela Michele Davis,** | : | |
| Movant, | : | |
| | : | Hearing Date & Time: |
| vs. | : | December 7, 2016 at 11:30AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **November 19, 2016,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **DECEMBER 7, 2016 AT 11:30 AM** in the Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: November 2, 2016                                                                                          Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amended Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **November 2, 2016**         *By: /s/ Anne M. Clement*
                                                            ANNE M. CLEMENT, PARALEGAL
                                                            FOSTER LAW OFFICES, LLC
                                                            PO Box 966
                                                            Meadville, PA 16335
                                                            Tel 814.724.1165
                                                            Fax 814.724.1158

MATRIX

Bank of America
CA6-919-02-41 PO Box 5170
Simi Valley, CA 93062-5170

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801-5014

Chase
Po Box 15298
Wilmington, DE 19850-5298

Comenity Bank / Bon Ton
3100 Easton Square Plaza
Columbus, OH 43219-6232

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502-2621

Ditech Financial LLC
PO BOX 0049
Palatine, IL 60055-0001

Erie Water Works
340 West Bayfront Parkway
Erie PA 16507-2004

Andrew F Gornall
KML Law Group, P.C.
701 Market St, Ste 5000
Philadelphia, PA 19106-1541

GE Capital Retail Bank
PO Box 103106
Roswell, GA 30076-9106

Kohls / Capone
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

GREENTREE SERVICING LLC
P O BOX 6154
RAPID CITY SD 57709-6154

NATIONWIDE INSURANCE
THREE NATIONWIDE PLAZA
MAIL CODE 3-11-310
COLUMBUS OH 43215-2410

National Fuel
1100 State Street
Erie, PA 16501-1912

P S E C U
Po Box 67013
Harrisburg, PA 17106-7013

Osi Collection
507 Prudential Road
Horsham, PA 19044-2308

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Albank
Po Box 965005
Orlando, FL 32896-5005

Capital One / Boscov
26525 North Riverwoods Boulevard
Mettawa, IL 60045-3440

Credit Collections Service
Po Box 773
Needham, MA 02494-0918

Diversified Adjustments
600 Coon Rapids Boulevard
Coon Rapids, MN 55433-5549

Craig H. Fox
Fox & Fox Attorneys at Law, P.C.
706 One Montgomery Plaza
425 Swede Street
Norristown, PA 19401

Midland Funding LLC
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pnc Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143-2182

St Vincent Hospital
232 West 25th Street
Erie, PA 16544-0001

Worlds Foremost Bank NA
4800 Nw 1st St, Ste 300
Lincoln, NE 68521-4463

Syncb / Qvc
Po Box 965018
Orlando, FL 32896-5018