**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 15-10005-TPA |
| Angela Michele Davis, | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| Angela Michele Davis, | : | |
| Movant, | : | |
| | : | Hearing Date & Time: |
| vs. | : | December 7, 2016 at 11:30AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, filed on October 31, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Application appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 19, 2016.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date: <u>November 21, 2016</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **November 21, 2016**

*By: /s/ Anne M. Clement*
ANNE M. CLEMENT, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Bank of America
CA6-919-02-41 PO Box 5170
Simi Valley, CA 93062-5170

Comenity Bank / Bon Ton
3100 Easton Square Plaza
Columbus, OH 43219-6232

Chase
Po Box 15298
Wilmington, DE 19850-5298

Ditech Financial LLC
PO BOX 0049
Palatine, IL 60055-0001

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502-2621

Andrew F Gornall
KML Law Group, P.C.
701 Market St, Ste 5000
Philadelphia, PA 19106-1541

Erie Water Works
340 West Bayfront Parkway
Erie PA 16507-2004

Kohls / Capone
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

GE Capital Retail Bank
PO Box 103106
Roswell, GA 30076-9106

NATIONWIDE INSURANCE
THREE NATIONWIDE PLAZA
MAIL CODE 3-11-310
COLUMBUS OH 43215-2410

GREENTREE SERVICING LLC
P O BOX 6154
RAPID CITY SD 57709-6154

P S E C U
Po Box 67013
Harrisburg, PA 17106-7013

National Fuel
1100 State Street
Erie, PA 16501-1912

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Osi Collection
507 Prudential Road
Horsham, PA 19044-2308

Capital One / Boscov
26525 North Riverwoods Boulevard
Mettawa, IL 60045-3440

Albank
Po Box 965005
Orlando, FL 32896-5005

Credit Collections Service
Po Box 773
Needham, MA 02494-0918

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801-5014

Diversified Adjustments
600 Coon Rapids Boulevard
Coon Rapids, MN 55433-5549

Craig H. Fox
Fox & Fox Attorneys at Law, P.C.
706 One Montgomery Plaza
425 Swede Street
Norristown, PA 19401

Midland Funding LLC
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pnc Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143-2182

St Vincent Hospital
232 West 25th Street
Erie, PA 16544-0001

Worlds Foremost Bank NA
4800 Nw 1st St, Ste 300
Lincoln, NE 68521-4463

Syncb / Qvc
Po Box 965018
Orlando, FL 32896-5018