# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 15-10005-TPA |
| | : | |
| Angela Michele Davis, | : | Chapter 13 |
| *Debtor(s),* | : | |
| | : | |
| Vs. | : | |
| | : | |
| Capital One/Boscov, | : | |
| *Movant(s),* | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**     **Capital One/Boscov**
**Incorrect Address:**     26525 North Riverwoods Blvd Mettawa, IL 60045

**Correct Address:**     PO Box 5238 Carolstraine, IL 61907

                                                            Respectfully Submitted,

Date:  November 22, 2016                    /s/ Daniel P. Foster, Esquire
                                                            Daniel P. Foster, Esquire
                                                            PA I.D. #92376
                                                            FOSTER LAW OFFICES
                                                            PO Box 966
                                                            Meadville, PA 16335
                                                            Tel: 814.724.1165
                                                            Fax: 814.724.1158
                                                            Dan@MrDebtBuster.com
                                                            Attorney for Debtors