## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Angela Michele Davis | CHAPTER 13
        Debtor(s) |

BKY. NO. 15-10005

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon , f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-2 by Green Tree Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9895

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    jwarmbrodt@kmllawgroup.com
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    Phone: 215-825-6306
                    Fax: 215-825-6406
                    Attorney for Movant/Applicant