## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | Bankruptcy No. 15-10005-TPA |
| **Angela Michele Davis,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| **Angela Michele Davis,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### CONSENT ORDER MODIFYING POST-PETITION VEHICLE FINANCING ORDER

NOW, this _____ day of _____, 2017, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED, that the November 22, 2016 order granting the Debtor's Motion for Approval of Post-Petition Vehicle Financing is modified to add an extension of time, up to and including thirty (30) days. It is further

ORDERED that the Debtor will file an Amended Chapter 13 Plan, to include the payment of the subject vehicle, and a Report of Financing on or before Seven (7) days after the date of the purchase/financing transaction.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:
/s/ Daniel P. Foster
Daniel P. Foster, PA I.D. # 92376
Attorney for Debtor
Foster Law Offices
PO Box 966
Meadville PA  16355
(814) 724-1165
dan@mrdebtbuster.com


/s/ Jana S. Pail
Jana S. Pail, PA I.D. # 88910
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh  PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com