**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Angela Michele Davis** | : | Case No. 15−10005−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Ditech Financial LLC | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 5 |
| v. | : | |
| Angela Michele Davis | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

    **AND NOW**, this **8th day of February, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Ditech Financial LLC* at Claim No. 5 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10005-TPA
Angela Michele Davis                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr              Page 1 of 1            Date Rcvd: Feb 08, 2017
                            Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db             +Angela Michele Davis,    327 West 23rd Street,    Erie, PA 16502-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2017 01:38:30      Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD  57709-6154
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6