Case Imaged
8/30/17 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 15-10005-TPA |
| Angela Michele Davis, | : | |
| Debtor | : | Chapter 13 |
| | : | Docket No.: 77 |
| Angela Michele Davis, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, this 29th day of August 2017, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtor is in need of reliable transportation and her current vehicle is in disrepair, it is

ORDERED, that the Debtor may pursue post-petition vehicle financing, with a monthly payment of no more than $350.00 per month, through the conclusion and closing of the Bankruptcy case, it is

ORDERED that the Debtor shall incorporate the terms of the financing into the Chapter 13 plan within ten (10) days of purchase, it is

ORDERED that the Debtor shall also file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

Dated: August 30, 2017

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtor

Foster Law Offices

PO Box 966

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com



/s/ Jana S. Pail_____

Jana S. Pail, PA I.D. # 88910

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh  PA  15219

(412) 471-5566

jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10005-TPA
Angela Michele Davis                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1              Date Rcvd: Aug 30, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db              +Angela Michele Davis,    327 West 23rd Street,    Erie, PA 16502-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                       Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6