**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 15-10005-TPA** |
| | : | |
| **Angela Michele Davis,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **DOCKET NO.:** |
| **Angela Michele Davis,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

  I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>September 18, 2017</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Bank of America
Attn: Correspondence Unit
CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062-5170

Chase
Po Box 15298
Wilmington, DE 19850-5298

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502-2621

Erie Water Works
Collection Department
340 West Bayfront Parkway
Erie PA 16507-2004

GE Capital Retail Bank
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076-9106

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

KML Law Group, PC
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

National Fuel
1100 State Street
Erie, PA 16501-1912

Osi Collection
507 Prudential Road
Horsham, PA 19044-2308

Albank
Po Box 965005
Orlando, FL 32896-5005

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801-5014

Comenity Bank / Bon Ton
3100 Easton Square Plaza
Columbus, OH 43219-6232

Ditech Financial LLC
PO BOX 0049
Palatine, IL 60055-0001

GE Capital Retail Bank / JCPenney
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076-9104

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Kohls / Capone
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

(p)NATIONWIDE INSURANCE
SERVICE OF PROCESS TEAM
THREE NATIONWIDE PLAZA
MAIL CODE 3-11-310
COLUMBUS OH 43215-2410

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Capital One / Boscov
PO Box 5238
Carolstraine, IL 61907

Credit Collections Service
Po Box 773
Needham, MA 02494-0918

Diversified Adjustments
600 Coon Rapids Boulevard
Coon Rapids, MN 55433-5549

Craig H. Fox
Fox and Fox Attorneys at Law, P.C.
706 One Montgomery Plaza
425 Swede Street
Norristown, PA 19401

GE Capital Retail Bank / Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Green Tree Servicing LLC
Po Box 6172
Rapid City, SD 57709-6172

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pnc Bank
Attn: Bankruptcy
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

Springleaf Financial Services of Pennsylvani
c/o Craig H. Fox, Esquire
One Montgomery Plaza
Suite 706
425 Swede Street
Norristown, PA 19401

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Progressive Insurance Company
6300 Wilson Mills Road
Cleveland, OH 44143-2182

St Vincent Hospital
232 West 25th Street
Erie, PA 16544-0001

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Springleaf Financial Services of Pennsylvani
c/o Craig H. Fox, Esquire
Fox and Fox Attorneys at Law, P.C.
425 Swede Street
One Montgomery Plaza, Suite 706
Norristown, PA 19401-4852

Syncb / Qvc
Po Box 965018
Orlando, FL 32896-5018

Worlds Foremost Bank NA
4800 Nw 1st Street
Suite 300
Lincoln, NE 68521-4463