**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 15-10005-TPA |
| Angela Michele Davis, | : | |
| *Debtor,* | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Osi Collection, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** **Osi Collection**
**Incorrect Address:** **5022 Gate Parkway North, Suite 204, Jacksonville, FL 32256**
**Correct Address:** **200 South Executive Drive, Third Floor, P.O. Box 933, Brookfield, WI 53008**

Respectfully Submitted,

Date: October 20, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors