PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-6727.NF

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re                                                                Bk. No. 15-10005-TPA

Angela Michele Davis,                                    Chapter 13

      Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-2, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 327 West 23rd St, Erie, PA 16502 (Loan No. XXXX1592), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: December 5, 2017        By /s/ Dean R. Prober
                                          DEAN R. PROBER, ESQ., CA BAR # 106207
                                          As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/6/17, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502
Debtor

Daniel P. Foster, Esquire
Foster Law Offices
Post Office Box 966
Meadville, PA 16335
Attorney for Debtor

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/6/17, at Woodland Hills, California.

/s/ Roger Soria