## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANGELA MICHELE DAVIS

Case No. 15-10005TPA

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
    Movant

Chapter 13

vs.

GREEN TREE SERVICING LLC

Document No __

    Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 9895.

Regular mortgage payments are currently being directed to the following creditor at the following address:

GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE,IL 60055-0049

Movant has been requested to send payments to:

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: CASHERING
P.O. BOX 79001
PHOENIX, AZ 85062
9895

The Chapter 13 Trustee's CID Records of GREEN TREE SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 12/18/2017.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | <u>/s/ Ronda J. Winnecour</u><br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
ANGELA MICHELE DAVIS, 327 WEST 23RD STREET, ERIE, PA  16502

:
GREEN TREE SERVICING LLC, MHD BANKRUPTCY DEPARTMENT, POB 6154, RAPID CITY, SD  57709

NEW CREDITOR:
CARRINGTON MORTGAGE SERVICES, LLC
ATTN: CASHERING
P.O. BOX 79001
PHOENIX, AZ 85062

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, PO BOX 966, MEADVILLE, PA  16335

ORIGINAL CREDITOR:
GREEN TREE SERVICING LLC, PO BOX 0049, PALATINE, IL  60055-0049