**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Angela Davis, | : | Bankruptcy No: 15-10005-TPA |
| *Debtor,* | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| OSI Collection, | : |  |
| *Movant,* | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **OSI Collection**
**Incorrect Address:**   **200 South Executive Drive, Third Floor, P.O. Box 933, Brookfield, WI 53008-0933**
**Correct Address:**     **P.O. Box 983, Brookfield, WI 93008**

Respectfully Submitted,

Date:  December 20, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors