**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10005-TPA |
| **Angela Michele Davis,** | : | CHAPTER 13 |
| Debtor. | : | |
| | : | RELATED TO DOCKET NO.: 97 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **August 15, 2019** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **Wednesday, September 25, 2019 at 11:00 A.M.** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>July 29, 2019</u>   Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **July 29, 2019** | *By: /s/ Kathryn M. Schwartz* |
| | KATHRYN M. SCHWARTZ, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

**MATRIX**

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502
*Service via US Mail*

Ronda J. Winnecour, Trustee
*Service via CM/ECF*

Office of the United States Trustee
*Service via CM/ECF*