**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 15-10005-TPA** |
| **Angela Michele Davis,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 97** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation

    The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation*, filed on July 29, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than August 15, 2019.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>August 16, 2019</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation***, by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below**\***.

Executed on: <u>August 16, 2019</u>

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Ronda J. Winnecour, Trustee
*Service via CM/ECF*

Office of the United States Trustee
*Service via CM/ECF*

Angela Michele Davis
327 West 23rd Street
Erie, PA 16502
*Service via US Mail*