FILED
8/21/19 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10005-TPA |
|    Angela Michele Davis, | : | CHAPTER 13 |
|           Debtor. | : | |
| | : | RELATED TO DOCKET NO.: 97 |
| Foster Law Offices, LLC, | : | |
|           Movant. | : | |
| | : | |
|           vs. | : | |
| No Respondent. | : | |

### ORDER OF COURT

**AND NOW**, on this ___21st___ day of ___August___, 2019, the *Application of Foster Law Offices, LLC, as Counsel for the Debtor, for Final Compensation,* is **APPROVED** in the amount of **$1,250.00** for services rendered on behalf of the Debtor for the period between April 10, 2014 and July 29, 2019. The total legal fees approved shall be the $4,000.00 "no look", $1,000.00 "LMP no look", and the $1,250.00 Fee Application, for a total of $6,250.00.

BY THE COURT,

_____
United States Bankruptcy Judge   jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10005-TPA
Angela Michele Davis                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1           Date Rcvd: Aug 28, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
db             +Angela Michele Davis,   327 West 23rd Street,   Erie, PA 16502-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
           York, et al andygornall@latouflawfirm.com
          Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           cfox@foxandfoxlaw.com,   bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
           York, et al bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6