**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | **Angela Michele Davis** |
| **CASE NO.** | **15-10005** |
| **RELATED TO DOCUMENT NO.** | **Claim 5** |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Notice of Mortgage Payment Change** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules. In accordance with W.PA.LBR 5005-6, the name of the filing user under whose log-in and password electronically filed documents are submitted must match the electronic signature on the documents.

**Please attach a copy of this Notice to the front of the refiled document that is filed in response to this Notice.**

| November 1, 2019 | By: | /s/ Nicole Shatkoff |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10005-TPA
Angela Michele Davis                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: nsha              Page 1 of 1             Date Rcvd: Nov 01, 2019
                               Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
          +Christopher Giacinto,    6267 Old Water Oak Road, Suite 203,    Tallahassee, FL 32312-3858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon , f/k/a The Bank of Ne
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
           York, et al andygornall@latouflawfirm.com
          Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           cfox@foxandfoxlaw.com,  bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
           York, et al bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                     TOTAL: 6