**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ANGELA MICHELE DAVIS | Case No.15-10005TPA |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>ANGELA MICHELE DAVIS | Chapter 13<br><br>Document No. 108 |
|   Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___10th___ day of _February_, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bur Of Comm Payroll Operations
Attn: Payroll Manager
Pob 8006
Harrisburg,PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of ANGELA MICHELE DAVIS, social security number XXX-XX-6680. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANGELA MICHELE DAVIS.

BY THE COURT:

_/s/ Ronda J. Winnecour_  jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
  Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 15-10005-TPA
Angela Michele Davis                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: nsha              Page 1 of 1              Date Rcvd: Feb 10, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
db             +Angela Michele Davis,   327 West 23rd Street,   Erie, PA 16502-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al andygornall@latouflawfirm.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,   bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6