**Fill in this information to identify the case:**

Debtor 1: **ANGELA MICHELE DAVIS**

Debtor 2 (Spouse, if filing):

Unites States Bankruptcy Court for the: **Western District of Pennsylvania** (State)

Case Number: **15-10005TPA**

# Form 4100N
## Notice of Final Cure Payment                                              10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

Name of creditor: **BANK OF NEW YORK MELLON - TRUSTEE**

Court claim no. (if known): **5**

Last 4 digits of any number you use to identify the debtor's account: **1 5 9 2**

Property Address: 327 WEST 23RD ST
ERIE PA 16502

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                                                      Amount

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearage: (a) $ | 20,739.08 |
| b. | Prepetition arrearage paid by the trustee: (b) $ | 20,739.08 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $ | 300.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: (d) $ | 300.00 |
| e. | Allowed postpetition arrearage: (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. (g) $ | 21,039.08 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                                                    $ **$981.85**

The next postpetition payment is due on  **2 / 1 / 2020**
                                                                              MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                                                  **Notice of Final Cure Payment**                                                  page 1

| Debtor 1 | **ANGELA MICHELE DAVIS** | Case number *(if known)* | **15-10005TPA** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour
Signature

Date  03/03/2020

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ANGELA MICHELE DAVIS | Case number *(if known)* | 15-10005TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/26/2015 | 0964250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 283.26 |
| 11/24/2015 | 0968405 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 149.01 |
| 12/22/2015 | 0972454 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 149.01 |
| 01/26/2016 | 0976450 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 149.01 |
| 02/24/2016 | 0980429 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 149.01 |
| 03/28/2016 | 0984443 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 997.94 |
| 04/22/2016 | 0988693 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 404.53 |
| 05/24/2016 | 0992636 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 404.53 |
| 06/27/2016 | 1001379 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 404.53 |
| 07/26/2016 | 1005346 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 404.53 |
| 08/26/2016 | 1009340 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,071.22 |
| 09/27/2016 | 1013361 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 404.53 |
| 10/26/2016 | 1017250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 316.56 |
| 11/21/2016 | 1020617 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 381.05 |
| 12/21/2016 | 1023873 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 381.05 |
| 01/27/2017 | 1027317 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,047.75 |
| 02/24/2017 | 1030758 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 384.91 |
| 03/28/2017 | 1034177 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 384.62 |
| 04/21/2017 | 1037514 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 380.16 |
| 05/25/2017 | 1040775 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 379.86 |
| 06/27/2017 | 1044133 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 379.56 |
| 07/25/2017 | 1047465 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 379.27 |
| 08/25/2017 | 1050800 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,873.52 |
| 09/26/2017 | 1054117 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 125.95 |
| 10/25/2017 | 1057484 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 453.32 |
| 11/21/2017 | 1060771 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 453.02 |
| 12/18/2017 | | GREEN TREE SERVICING LLC++ | CREDITOR REFUND/PRINCIPLE | -453.32 |
| 01/22/2018 | | BANK OF NEW YORK MELLON - TRUSTEE | CREDITOR REFUND/PRINCIPLE | -453.02 |
| 01/25/2018 | 1066585 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,795.12 |
| 02/23/2018 | 1069817 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 435.76 |
| 03/28/2018 | 1072980 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,073.38 |
| 05/25/2018 | 1079428 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 61.32 |
| 06/22/2018 | 1082683 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 82.30 |
| 07/26/2018 | 1085781 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 720.88 |
| 08/28/2018 | 1089051 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 82.30 |
| 09/25/2018 | 1092258 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 323.26 |
| 10/29/2018 | 1095413 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 11/27/2018 | 1098679 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 12/21/2018 | 1101769 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 01/25/2019 | 1104894 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 02/25/2019 | 1108166 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 951.83 |
| 03/25/2019 | 1111411 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 04/26/2019 | 1114692 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 316.59 |
| 06/25/2019 | 1121419 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 659.86 |
| 07/29/2019 | 1124897 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 982.52 |
| 12/23/2019 | 1141911 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 285.64 |
| | | | | **20,739.08** |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 04/24/2018 | 1076209 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 51.22 |
| 05/25/2018 | 1079428 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 24.07 |
| 07/26/2018 | 1085781 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 30.14 |
| 09/25/2018 | 1092258 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 15.22 |
| 11/27/2018 | 1098679 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 23.76 |
| 01/25/2019 | 1104894 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 23.76 |
| 02/25/2019 | 1108166 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 35.72 |
| 04/26/2019 | 1114692 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 23.76 |
| 06/25/2019 | 1121419 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 24.76 |
| 07/29/2019 | 1124897 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 36.87 |
| 12/23/2019 | 1141911 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 10.72 |
| | | | | **300.00** |

## MORTGAGE REGULAR PAYMENT (Part 3)

| Debtor 1 | ANGELA MICHELE DAVIS | Case number *(if known)* | 15-10005TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/28/2015 | 0952311 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 5,664.47 |
| 08/26/2015 | 0956387 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 09/28/2015 | 0960336 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 10/26/2015 | 0964250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 11/24/2015 | 0968405 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 12/22/2015 | 0972454 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 01/26/2016 | 0976450 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 02/24/2016 | 0980429 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 03/28/2016 | 0984443 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 04/22/2016 | 0988693 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 05/24/2016 | 0992636 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 06/27/2016 | 1001379 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 07/26/2016 | 1005346 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 08/26/2016 | 1009340 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 09/27/2016 | 1013361 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 809.21 |
| 10/26/2016 | 1017250 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 884.72 |
| 11/21/2016 | 1020617 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 12/21/2016 | 1023873 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 01/27/2017 | 1027317 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 02/24/2017 | 1030758 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 03/28/2017 | 1034177 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 04/21/2017 | 1037514 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 05/25/2017 | 1040775 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 06/27/2017 | 1044133 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 07/25/2017 | 1047465 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 820.23 |
| 09/26/2017 | 1054117 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,086.81 |
| 10/25/2017 | 1057484 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 11/21/2017 | 1060771 | GREEN TREE SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 12/18/2017 | | GREEN TREE SERVICING LLC++ | CONTINUING DEBT REFUND | -748.05 |
| 01/25/2018 | 1066585 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 2,244.15 |
| 01/26/2018 | | BANK OF NEW YORK MELLON - TRUSTEE | CONTINUING DEBT REFUND | -748.05 |
| 02/23/2018 | 1069817 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,496.10 |
| 03/28/2018 | 1072980 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 04/24/2018 | 1076209 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 05/25/2018 | 1079428 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 06/22/2018 | 1082683 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 07/26/2018 | 1085781 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 08/28/2018 | 1089051 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 09/25/2018 | 1092258 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 10/29/2018 | 1095413 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 11/27/2018 | 1098679 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 12/21/2018 | 1101769 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 01/25/2019 | 1104894 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 02/25/2019 | 1108166 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 03/25/2019 | 1111411 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 04/26/2019 | 1114692 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 05/24/2019 | 1118068 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 639.94 |
| 06/25/2019 | 1121419 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 856.16 |
| 07/29/2019 | 1124897 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 748.05 |
| 08/27/2019 | 1128331 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,756.57 |
| 09/24/2019 | 1131771 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,000.18 |
| 10/24/2019 | 1135008 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,000.18 |
| 11/25/2019 | 1138465 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,000.18 |
| 01/28/2020 | 1145266 | BANK OF NEW YORK MELLON - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 963.52 |
| | | | | 48,524.74 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANGELA MICHELE DAVIS
327 WEST 23RD STREET
ERIE, PA  16502

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
PO BOX 966
MEADVILLE, PA  16335

BANK OF NEW YORK MELLON - TRUSTEE
C/O CARRINGTON MORTGAGE SERVICES LLC
PO BOX 3730
ANAHEIM, CA  92806

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS RD
ANAHEIM, CA  92806

PADGETT LAW GROUP
6267 OLD WATER OAK RD STE 203
TALLAHASSEE, FL  32312


3/3/20                                                          /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee