**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela M. Davis                                                CHAPTER 13

                Debtor(s)                                    BKY. NO. 15-10005 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-2 and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      jwarmbrodt@kmllawgroup.com