Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Angela Michele Davis** : | Case No. 15−10005−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 117 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 5/27/20 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 25th of March, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 117 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before May 11, 2020**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on *May 27, 2020 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10005-TPA
Angela Michele Davis                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 2           Date Rcvd: Mar 25, 2020
                             Form ID: 300b           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db           +Angela Michele Davis,   327 West 23rd Street,    Erie, PA 16502-2621
cr            Springleaf Financial Services of Pennsylvania, Inc,   c/o Craig H. Fox, Esquire,
              One Montgomery Plaza,   Suite 706,   425 Swede Street,   Norristown, PA 19401
cr           +The Bank of New York Mellon, et al,   c/o Prober & Raphael, A Law Corporation,
              20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
13976292     +Albank,   Po Box 965005,   Orlando, FL 32896-5005
13976294     +Bank of America,   Attn: Correspondence Unit,   CA6-919-02-41,   PO Box 5170,
              Simi Valley, CA 93062-5170
13976295     +Barclays Bank Delaware,   125 South West Street,   Wilmington, DE 19801-5014
13976296      Capital One / Boscov,   PO Box 5238,   Carolstraine, IL  61907
13976300     +Diversified Adjustments,   600 Coon Rapids Boulevard,   Coon Rapids, MN 55433-5549
13986221     +Erie Water Works,   Collection Department,   340 West Bayfront Parkway,   Erie PA 16507-2004
13976305     +KML Law Group, PC,   BNY Independence Center,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
13976309    ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
              COLUMBUS OH 43215-2410
             (address filed with court:  Nationwide Insurance,   1 West Nationwide Boulevard,
              Columbus, OH 43215)
13976310     +OSI Collection,   P.O. Box 983,   Brookfield, WI 53008-0983
13976312     +Pnc Bank,   Attn: Bankruptcy,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13976313     +Progressive Insurance Company,   6300 Wilson Mills Road,   Cleveland, OH 44143-2182
14007601     +Springleaf Financial Services of Pennsylvania, Inc,   c/o Craig H. Fox, Esquire,
              Fox and Fox Attorneys at Law, P.C.,   425 Swede Street,   One Montgomery Plaza, Suite 706,
              Norristown, PA 19401-4852
13976314     +St Vincent Hospital,   232 West 25th Street,   Erie, PA 16544-0001
14754488     +The Bank of New York Mellon, et al,   c/o Prober & Raphael, ALC,   1600 South Douglass Road,
              Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcy.bnc@ditech.com Mar 26 2020 04:52:12      Ditech Financial LLC,
              PO BOX 0049,   Palatine, IL 60055-0001
13976298     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:25     Comenity Bank / Bon Ton,
              3100 Easton Square Plaza,   Columbus, OH 43219-6232
13976299     +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 26 2020 04:55:58
              Credit Collections Service,   Po Box 773,   Needham, MA 02494-0918
13976301     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:09     GE Capital Retail Bank,
              Attention: Bankruptcy,   PO Box 103106,   Roswell, GA 30076-9106
13976302     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:25     GE Capital Retail Bank / JCPenney,
              Attn: Bankruptcy Dept,   Po Box 103104,   Roswell, GA 30076-9104
13976303     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:26     GE Capital Retail Bank / Old Navy,
              Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
14003403      E-mail/Text: bankruptcy.bnc@ditech.com Mar 26 2020 04:52:12      Green Tree Servicing LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154
13976304     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 26 2020 04:52:12      Green Tree Servicing LLC,
              Po Box 6172,   Rapid City, SD 57709-6172
13976297      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:47:23     Chase,   Po Box 15298,
              Wilmington, DE 19850
13976306      E-mail/Text: bncnotices@becket-lee.com Mar 26 2020 04:51:49     Kohls / Capone,
              N56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
13976307     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2020 04:54:02     Midland Funding LLC,
              8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13976308     +E-mail/Text: Bankruptcy@natfuel.com Mar 26 2020 04:54:06     National Fuel,   1100 State Street,
              Erie, PA 16501-1912
13976311     +E-mail/Text: bankruptcynotices@psecu.com Mar 26 2020 04:55:19     P S E C U,
              Attention: Bankruptcy,   Po Box 67013,   Harrisburg, PA 17106-7013
13976293      E-mail/PDF: cbp@onemainfinancial.com Mar 26 2020 04:46:52     American General Financial,
              Attention: Bankruptcy,   Po Box 3251,   Evansville, IN 47731
13980216      E-mail/PDF: cbp@onemainfinancial.com Mar 26 2020 04:49:11     Springleaf Financial Services,
              PO Box 3251,   Evansville, IN 47731
13976315     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:26     Syncb / Qvc,   Po Box 965018,
              Orlando, FL 32896-5018
13976316     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:45:27
              Worlds Foremost Bank NA,   4800 Nw 1st Street,   Suite 300,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ditech Financial LLC fka Green Tree Servicing LLC
cr            THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
cr            The Bank of New York Mellon , f/k/a The Bank of Ne

```
District/off: 0315-1           User: jmar                Page 2 of 2                Date Rcvd: Mar 25, 2020
                               Form ID: 300b             Total Noticed: 34

cr*            ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
                 (address filed with court:  GREEN TREE SERVICING LLC,    PO BOX 6154,
                 RAPID CITY, SD  57709-6154)
cr*            +The Bank of New York Mellon, et al,   c/o Prober & Raphael, ALC,   1600 South Douglass Road,
                 Anaheim, CA 92806-5948
                                                                                       TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al andygornall@latouflawfirm.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com,   bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-2
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```