**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Angela Michele Davis, | : | Bankruptcy No: 15-10005-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Capital One / Boscov, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Capital One / Boscov**
**Incorrect Address:**   **PO Box 5238, Carolstraine IL 61907**
**Correct Address:**    **P.O. Box 30285, Salt Lake City UT 84130-0287**

    Respectfully Submitted,

Date: <u>May 14, 2020</u>

    <u>/s/Daniel P. Foster, Esquire</u>
    Daniel P. Foster, Esquire
    PA I.D. #92376
    FOSTER LAW OFFICES
    PO Box 966
    Meadville, PA 16335
    Tel: 814.724.1165
    Fax: 814.724.1158
    Dan@MrDebtBuster.com
    Attorney for Debtors