**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/13/20 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ANGELA MICHELE DAVIS

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:15-10005 TPA

Chapter 13

Document No.: 117

ORDER OF COURT

AND NOW, this ___13th___ day of _____May_____, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-10005-TPA
Angela Michele Davis                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha               Page 1 of 2              Date Rcvd: May 13, 2020
                              Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db          +Angela Michele Davis,    327 West 23rd Street,    Erie, PA 16502-2621
cr          +Ditech Financial LLC,    PO BOX 0049,    Palatine, IL 60055-0001
cr           Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
              One Montgomery Plaza,    Suite 706,    425 Swede Street,    Norristown, PA  19401
cr          +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13976292    +Albank,   Po Box 965005,    Orlando, FL 32896-5005
13976294    +Bank of America,    Attn: Correspondence Unit,    CA6-919-02-41,    PO Box 5170,
              Simi Valley, CA 93062-5170
13976295    +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
13976296     Capital One / Boscov,    PO Box 5238,    Carolstraine, IL   61907
13976300    +Diversified Adjustments,    600 Coon Rapids Boulevard,    Coon Rapids, MN 55433-5549
13986221    +Erie Water Works,    Collection Department,    340 West Bayfront Parkway,    Erie PA 16507-2004
14003403   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,
              Rapid City, SD 57709-6154)
13976304    +Green Tree Servicing LLC,    Po Box 6172,    Rapid City, SD 57709-6172
13976305    +KML Law Group, PC,    BNY Independence Center,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
13976309   ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
              COLUMBUS OH 43215-2410
             (address filed with court: Nationwide Insurance,    1 West Nationwide Boulevard,
              Columbus, OH 43215)
13976310    +OSI Collection,    P.O. Box 983,    Brookfield, WI 53008-0983
13976312    +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13976313    +Progressive Insurance Company,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
14007601   #+Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
              Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
              Norristown, PA 19401-4852
13976314    +St Vincent Hospital,    232 West 25th Street,    Erie, PA 16544-0001
14754488    +The Bank of New York Mellon, et al,    c/o Prober & Raphael, ALC,    1600 South Douglass Road,
              Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13976298    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2020 03:50:36     Comenity Bank / Bon Ton,
              3100 Easton Square Plaza,    Columbus, OH 43219-6232
13976299    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 14 2020 03:52:04
              Credit Collections Service,    Po Box 773,    Needham, MA 02494-0918
13976301    +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:17     GE Capital Retail Bank,
              Attention: Bankruptcy,    PO Box 103106,    Roswell, GA 30076-9106
13976302    +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:18     GE Capital Retail Bank / JCPenney,
              Attn: Bankruptcy Dept,    Po Box 103104,    Roswell, GA 30076-9104
13976303    +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:18     GE Capital Retail Bank / Old Navy,
              Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
13976297     E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:55:07     Chase,    Po Box 15298,
              Wilmington, DE 19850
13976306     E-mail/Text: bncnotices@becket-lee.com May 14 2020 03:50:26     Kohls / Capone,
              N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
13976307    +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:51:11     Midland Funding LLC,
              8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13976308    +E-mail/Text: Bankruptcy@natfuel.com May 14 2020 03:51:14     National Fuel,    1100 State Street,
              Erie, PA 16501-1912
13976311    +E-mail/Text: bankruptcynotices@psecu.com May 14 2020 03:51:46      P S E C U,
              Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13976293     E-mail/PDF: cbp@onemainfinancial.com May 14 2020 03:54:55     American General Financial,
              Attention: Bankruptcy,    Po Box 3251,    Evansville, IN 47731
13980216     E-mail/PDF: cbp@onemainfinancial.com May 14 2020 03:53:37     Springleaf Financial Services,
              PO Box 3251,    Evansville, IN 47731
13976315    +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:18     Syncb / Qvc,    Po Box 965018,
              Orlando, FL 32896-5018
13976316    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:53:54
              Worlds Foremost Bank NA,    4800 Nw 1st Street,    Suite 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 14
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Ditech Financial LLC fka Green Tree Servicing LLC
cr           THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
cr           The Bank of New York Mellon , f/k/a The Bank of Ne
```

```
District/off: 0315-1           User: nsha                  Page 2 of 2                   Date Rcvd: May 13, 2020
                               Form ID: pdf900             Total Noticed: 34

cr*              ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                   (address filed with court: GREEN TREE SERVICING LLC,    PO BOX 6154,
                    RAPID CITY, SD  57709-6154)
cr*              +The Bank of New York Mellon, et al,    c/o Prober & Raphael, ALC,    1600 South Douglass Road,
                   Anaheim, CA 92806-5948
                                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon , f/k/a The Bank of New
               York, et al andygornall@latouflawfirm.com
              Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New
               York, et al bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-2
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```