**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Angela Michele Davis**
   Debtor(s)

Bankruptcy Case No.: 15–10005–TPA

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: May 15, 2020

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Angela Michele Davis  
    Debtor

Case No. 15-10005-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 1    Date Rcvd: May 15, 2020  
Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
db    +Angela Michele Davis,    327 West 23rd Street,    Erie, PA 16502-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New York, et al andygornall@latouflawfirm.com
    Craig H. Fox    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc. cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
    Daniel P. Foster    on behalf of Debtor Angela Michele Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon , f/k/a The Bank of New York, et al bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-2 bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 7